IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| JACK GUTTMAN, INC. | ) | Case No.: C-1-01 800 |
|  | ) |  |
| Plaintiff, | ) | (Judge Dlott) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
|  | ) | NOTICE OF SUBSTITUTION OF |
| KOPYKAKE ENTERPRISES, INC., | ) | COUNSEL PURSUANT TO LOCAL |
|  | ) | RULE 83.5(e) |
| Defendant, | ) |  |

Now comes Defendant Kopykake Enterprises, Inc. and pursuant to the Southern District

of Ohio Local Rule 83.5(e) substitutes as its Trial Attorney, Todd H. Bailey of Greenebaum Doll

& McDonald PLLC, 255 East Fifth Street, 2800 Chemed Center, Cincinnati, Ohio 45202 and

provides notice of withdrawal of David E. Schmit of Frost Brown Todd LLC, 2200 PNC Center,

201 East Fifth Street, Cincinnati, Ohio 45202-4182 as Trial Attorney.

Defendant Kopykake Enterprises, Inc. represents that the substitution of counsel will not

delay the proceedings.

_____
Kopykake Enterprises, Inc.

By: _____
    Its Authorized Representative

_____
David E. Schmit (0021147)
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6985 / Telecopy (513) 651-6981

_____
Todd H. Bailey (0002407)
Greenebaum Doll & McDonald PLLC
255 East Fifth Street
2800 Chemed Center
Cincinnati, Ohio 45202
(513) 455-7600 / Telecopy (513) 455-8500

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Substitution of Counsel Pursuant to Local Rule 83.5(e) has been served on by hand delivery on Theodore R. Remaklus, Trial Attorney for Plaintiff, Wood, Herron & Evans, LLP, 2700 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202, this ___ day of October, 2003.

CIN:581159.1

2