IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JACK GUTTMAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. C-1-01-800 |
| | ) | |
| v. | ) | Judge Susan J. Dlott |
| | ) | |
| KOPYKAKE ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR LEAVE TO FILE AMENDED COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the parties hereto stipulate that plaintiff may file a First Amended Complaint, said First Amended Complaint differing from the original Complaint only in incorporating as Count II a count alleging infringement of United States Patent No. 6,582,742 B2, which patent issued on June 24, 2003 from a continuation of U.S. Patent No. 6,319,530, which is currently the subject of the present action.

Dated: October 2, 2003

| | |
|---|---|
| JACK GUTTMAN, INC. | KOPYKAKE ENTERPRISES, INC. |
| /s/Theodore R. Remaklus | /s/Todd H. Bailey |
| Theodore R. Remaklus (0061557) | Todd H. Bailey (0002407) |
| tremaklus@whepatent.com | thb@gdm.com |
| Trial Attorney | Trial Attorney |
| Kurt L. Grossman (0009697) | Greenbaum Doll & McDonald PLLC |
| kgrossman@whepatent.com | 255 East Fifth Street |
| Brett A. Schatz (0072038) | Suite 2800 |
| bschatz@whepatent.com | Cincinnati, Ohio 45202 |
| WOOD, HERRON & EVANS, L.L.P. | Telephone:   (513) 455-7600 |
| 2700 Carew Tower | Facsimile:   (513) 455-8500 |
| 441 Vine Street | |
| Cincinnati, Ohio 45202 | |
| Telephone:   (513) 241-2324 | |
| Facsimile:   (513) 421-7269 | |

Of Counsel

Robert G. Krupka
bkrupka@kirkland.com
Laura M. Burson
lburson@kirkland.com
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, California  90017
Telephone:     (213) 680-8400
Facsimile:      (213) 680-8500

K:\JACG\25lt1\stipulation to file amended complaint.doc

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2003 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd H. Bailey; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

        Robert G. Krupka
        Laura M. Burson
        Kirkland & Ellis LLP
        777 South Figueroa Street
        Los Angeles, California  90017

        /s/Theodore R. Remaklus
        Theodore R. Remaklus (0061557)
        tremaklus@whepatent.com
        Trial Attorney
        Kurt L. Grossman (0009697)
        kgrossman@whepatent.com
        Brett A. Schatz (0072038)
        bschatz@whepatent.com
        WOOD, HERRON & EVANS, L.L.P.
        2700 Carew Tower
        441 Vine Street
        Cincinnati, Ohio 45202
        Telephone:    (513) 241-2324
        Facsimile:    (513) 421-7269

        Counsel for Plaintiff
        Jack Guttman, Inc.