IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JACK GUTTMAN, INC. | ) | Case No.: C-1-01-800 |
| | ) | |
| Plaintiff, | ) | (Judge Dlott) |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR PRO HAC VICE** |
| KOPYKAKE ENTERPRISES, INC., | ) | **ADMISSION OF COUNSEL ON** |
| | ) | **BEHALF OF DEFENDANT** |
| Defendant. | ) | **KOPYKAKE AND NOTICE OF** |
| | ) | **SUBSTITUTION OF CO-COUNSEL** |

Now comes Defendant Kopykake Enterprises, Inc. and pursuant to S.D. Ohio Civ.R. 83.5(d) respectfully moves for the admission *pro hac vice* of the following co-counsel who wish to appear and participate as counsel on behalf of Defendant:

Luke L. Dauchot

Laura M. Burson

Robert G. Krupka

Mr. Dauchot is a member in good standing in the Ohio and Illinois bars; Ms. Burson is a member in good standing in the California bar and Mr. Krupka is a member in good standing in the California bar. Certificates of good standing and the signed Applications for Admission *Pro Hac Vice* for all three co-counsel are submitted herewith.

Counsel have been provided with copies of the Rules of the Southern District of Ohio and a copy of this Court's Chamber Rules and Procedures. Predecessor Counsel for Defendant, William E. Thomson, Rajiv Yadav and Jennifer M. Phelps of the firm McCutchen Doyle Brown and Emerson LLP, 355 S. Grand Avenue, Los Angeles, California 90077 are no longer

representing Defendant and, subject to the Court granting this *pro hac vice* application, are succeeded by Mr. Dauchot, Ms. Burson and Mr. Krupka of Kirkland & Ellis, LLP, 777 South Figueroa Street, Los Angeles, California 90017 as co-counsel.

Kopykake Enterprises, Inc.

_See attached page_
By its authorized representative

 

Respectfully submitted,

Todd H. Bailey (0002407)
Greenebaum Doll & McDonald PLLC
255 East Fifth Street
2800 Chemed Building
Cincinnati, Ohio 45202
(513) 455-7637 / Telecopy (513) 762-7937

Trial Attorney for Kopykake, Inc.

representing Defendant and, subject to the Court granting this *pro hac vice* application, are succeeded by Mr. Dauchot, Ms. Burton and Mr. Krupka of Kirkland & Ellis, LLP, 777 South Figueroa Street, Los Angeles, California 90017 as co-counsel.

Kopykake Enterprises, Inc.

*/s/ Jerry Mayer*

By its authorized representative

Respectfully submitted,

*/s/ Todd H. Bailey*
Todd H. Bailey (0002407)
Greenebaum Doll & McDonald PLLC
255 East Fifth Street
2800 Chemed Building
Cincinnati, Ohio 45202
(513) 455-7637 / Telecopy (513) 762-7937

Trial Attorney for Kopykake, Inc.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing "Motion for Pro Hac Vice Admission of Counsel on Behalf of Defendant Kopykake" was served upon Theodore R. Remaklus, Wood, Herron & Evans, LLP, 2700 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202-2917, counsel for Plaintiff, and on William E. Thomson, Jr., Rajiv Yadav, and Jennifer M. Phelps, by ordinary U.S. Mail, return receipt requested, this 2 day of October, 2003.

_____

CIN:581383.1

3