# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Jack Guttman, Inc. )<br>             Plaintiff )<br>)<br>   v. )<br>)<br>Kopykake Enterpises, Inc. )<br>            Defendant ) | CASE NO.: C-1-01-800<br><br>Appearing on behalf of: Kopykake Enterprises, Inc.<br>_____<br>(Plaintiff/Defendant) |

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner,* Laura M. Burson, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the State of California and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates Todd H. Bailey as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 24th day of September, 20 03.

_____
(Signature of *Petitioner*)

(213) 680-8400     Kirkland & Ellis LLP
**Business Telephone**     **Law Firm**

777 South Figueroa Street
**Business Address**

Los Angeles, California 90017
**City, State, Zip**

(213) 680-8500
**Fax Number**

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This **26** day of September, 20 **03**.

**000240?**  _(signature)_
**Ohio Bar Number**           **Signature of Local Counsel**

(513) 455-7600           Greenebaum, Doll & McDonald
**Business Telephone**     **(Law Firm)**

2800 Chemed Center, 255 East Fifth Street
**(Business Address)**

Cincinnati, Ohio 45202
**(City, State, Zip)**

_____
**(Mailing Address)**

## CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiff/~~defendant~~ _____ this date _____.

_(signature)_
**Signed by Local Counsel**

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

OF THE

# STATE OF CALIFORNIA

---

I, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **LAURA M. BURSON** *was on the* **6TH** *day of* **DECEMBER, 1999** *duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court,*

*this* **19TH** *day of* **SEPTEMBER**, 20**03**

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _R. Robinson_
*Deputy*

OSP 00 36227