# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Jack Guttman, Inc. ) | CASE NO.: C-1-01-800 |
| Plaintiff ) | |
| ) | |
| v. ) | Appearing on behalf of: Kopykake Enterprises, Inc. |
| Kopykake Enterpises, Inc. ) | |
| Defendant ) | (Plaintiff/Defendant) |

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, Luke L. Dauchot, hereby requests permission to appear pro hac vice in the subject case filed in the Western Division of the United States District Court for the Southern District of Ohio. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the highest Court of the State of Ohio and that a current Certificate of Good Standing this Court is provided. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.4(b). *Petitioner* designates Todd H. Bailey as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 24th day of September, 2003.

_____
(Signature of *Petitioner*)

(213) 680-8400     Kirkland & Ellis LLP
**Business Telephone    Law Firm**

777 South Figueroa Street
**Business Address**

Los Angeles, California 90017
**City, State, Zip**

(213) 680-8500
**Fax Number**

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, Todd H. Bailey, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

-2-

This __26__ day of __September__, 20 __03__.

__0002902__  ___Todd A Bailey___
**Ohio Bar Number**   **Signature of Local Counsel**

__(513) 455-7600__ / __7632__  __Deenebaum, Doll & McDonald__
**Business Telephone**   **(Law Firm)**

__2800 Chemed Center, 255 East Fifth Street__
**(Business Address)**

__Cincinnati, Ohio  45202__
**(City, State, Zip)**

_____
**(Mailing Address)**

### CERTIFICATE OF SERVICE

The above having been mailed to opposing counsel for plaintiff/~~defendant~~ _____
this date _____.

___Todd A Bailey___
**Signed by Local Counsel**

# The Supreme Court of Ohio

30 EAST BROAD STREET, COLUMBUS, OHIO 43215-3414

March 10, 2003

ATTORNEY REGISTRATION SECTION
(614) 466-1553

Luke Dauchot
Kirkland & Ellis
777 S. Figueroa
Los Angeles CA  90017

Dear Mr. Dauchot:

    Pursuant to your request, enclosed please find a certificate of good standing with disciplinary information. Please note that we can only verify whether the Board of Commissioners on Grievances and Discipline ("Board") has ever filed a report with the Supreme Court of Ohio recommending that the Court discipline you; whether any disciplinary matter was or currently is pending before the Court against you; or, whether the Court has ever imposed a disciplinary sanction against you. See Rule V of the Supreme Court Rules for the Government of the Bar of Ohio ("Disciplinary Procedure").

    For verification about possible disciplinary cases that may be pending against you before the Board but that have not been filed with the Supreme Court, you should contact the Board at 41 South High Street, Suite 2320, Columbus, Ohio, 43215-3461, telephone 614.644.5800. Also note that grievances against attorneys are initially filed with either the Office of Disciplinary Counsel (250 Civic Center Drive, Suite 325, Columbus, Ohio, 43215-5454, telephone 614.461.0256) or a bar association certified grievance committee. You should contact these entities separately for verification of whether any grievances have been filed against you.

    I have enclosed an invoice for the cost of the certificate. If you have any questions, do not hesitate to contact me at 614.466.3837.

Very truly yours,

*Susan B. Christoff*

Susan B. Christoff
Attorney Services Counsel

# The Supreme Court of Ohio

## CERTIFICATE

I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio, **Luke Lucien Dauchot**, was admitted to the practice of law in Ohio on **May 16, 1988**; has registered as an **active** attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

I further certify that the records of the Clerk's Office of the Supreme Court of Ohio do not indicate that the Board of Commissioners on Grievances and Discipline has filed a report recommending that the Supreme Court impose discipline against Mr. Dauchot pursuant to Gov. Bar R. V ("Disciplinary Procedure"). I further certify that the records of the Clerk's Office do not indicate that the Supreme Court has imposed discipline against Mr. Dauchot pursuant to Gov. Bar R. V. I further certify that the records of the Clerk's Office do not indicate that a disciplinary matter was or is currently pending against Mr. Dauchot with the Supreme Court.

IN TESTIMONY WHEROF, I have subscribed my name and affixed the seal of the Supreme Court, this 10th day of March, 2003.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Attorney Services Counsel*



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capital Plaza
Suite 333
Springfield 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Luke L. Dauchot
Kirkland & Ellis
777 South Figueroa Street
Los Angeles, CA 90017

Chicago
Wednesday, April 02, 2003

Re:   Luke Lucien Dauchot
      Attorney No. 6193611

To Whom It May Concern:

We have received a request for written verification of the status of Luke Lucien Dauchot for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Luke Lucien Dauchot was admitted to practice law in Illinois on 11/6/1986; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Mary Robinson
Administrator

By: _____
    Darryl R. Evans
    Deputy Registrar

DRE