Thu Oct  2 15:12:59 2003

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.   100 420375
Cashier       kjl

Tender Type  CHECK

Check Number: 502814

Transaction Type   C

Case No./Def No. 1:03-LB-ATTY  /   1

DC Code    Div No    Acct
4861         1       6855XX

Amount            $    150.00

GREENEBAUM DOLL & McDONALD PLLC

PRO HAC VICE C-1-01-800

Thu Oct  2 15:12:59 2003

Check No. 502814
Amount$   150.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4861