IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JACK GUTTMAN, INC.,

    vs.                                      Case Number: 1:01cv800-SJD

KOPYKAKE ENTERPRISES, INC.,

ORDER

This matter is before the Court upon defendant's Motion for Admission of attorneys Robert Krupka, Laura Burson and Luke Dauchot (Doc. 55).

IT IS HEREBY ORDERED THAT the Motion is GRANTED and attorneys Robert Krupka, Laura Burson and Luke Dauchot are hereby admitted to practice pro hac vice as co-counsel.

IT IS SO ORDERED.

                                            ___s/Susan J. Dlott_____
                                            Susan J. Dlott
                                            United States District Judge