# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| JACK GUTTMAN, INC. | ) | Case No.: C-1-01-800 |
| | ) | |
| Plaintiff, | ) | (Judge Dlott) |
| | ) | |
| v. | ) | |
| | ) | |
| KOPYKAKE ENTERPRISES, INC., | ) | **STIPULATED EXTENSION** |
| | ) | **OF TIME** |
| Defendant. | ) | |
| | ) | |

Now come the parties, by and through counsel, and pursuant to S.D. Ohio L.R. 6.1,

hereby stipulate that Defendant is granted an extension of twenty (20) days to respond to the First

Amended Complaint. The response is now due on or before November 10, 2003, no prior Rule

6.1 extensions have been granted in this matter.

HAVE SEEN AND AGREED:


Theodore R. Ramaklus (0061557)
Wood, Herron & Evans, LLP
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
(513) 241-2324 / Telecopy (513) 421-7269

Trial Attorney for Jack Guttman, Inc.


Todd H. Bailey (0002407)
Greenebaum Doll & McDonald PLLC
255 East Fifth Street
2800 Chemed Building
Cincinnati, Ohio 45202
(513) 455-7637 / Telecopy (513) 762-7937

Trial Attorney for Kopykake, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing "Stipulated Extension of Time" was served upon Theodore R. Remaklus, Wood, Herron & Evans, LLP, 2700 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202-2917, counsel for Plaintiff by ordinary U.S. Mail, return receipt requested, this $\cancel{\phantom{20}}$ day of October, 2003.

CIN:582830.1

2