IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JACK GUTTMAN, INC., : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01cv800-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| KOPYKAKE ENTERPRISES, INC., : | |
| : | |
| Defendant(s) : | |

ORDER

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington solely for the purpose of conducting a mediation. The Magistrate Judge shall have full authority to conduct the mediation and shall report to the Court whether or not it has resulted in settlement of this case.

IT IS SO ORDERED.

___s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge