IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JACK GUTTMAN, INC.,

        Case Number: 1:01cv800-SJD

vs.

        District Judge Susan J. Dlott

KOPYKAKE ENTERPRISES, INC.,

NOTICE

The Conference Call previously scheduled for TUESDAY, JANUARY 6, 2004 at 4:45 P.M. is hereby VACATED.

        JAMES BONINI, CLERK

        ___s/Stephen Snyder_____
        Stephen Snyder
        Case Manager
        (513) 564-7633