IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JACK GUTTMAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: C-1-01-800 |
| | ) | Judge: Susan J. Dlott |
| v. | ) | |
| | ) | |
| KOPYKAKE ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S, JACK GUTTMAN, INC'S, NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRLIMINARY INJUNCTION**

PLEASE TAKE NOTICE that plaintiff Jack Guttman, Inc. hereby withdraws its Motion for Temporary Restraining Order and Preliminary Injunction filed November 21, 2001 (Docket No. 2).

Respectfully submitted,

JACK GUTTMAN, INC.

Dated: March 12, 2004

/s/Theodore R. Remaklus
Theodore R. Remaklus (0061557)
tremaklus@whepatent.com
Trial Attorney
Kurt L. Grossman (0009697)
kgrossman@whepatent.com
Brett A. Schatz (0072038)
bschatz@whepatent.com
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202
Telephone:    (513) 241-2324
Facsimile:    (513) 421-7269

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2003 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd H. Bailey, Greenebaum, Doll & McDonald, and Luke L. Dauchot and Laura G. Burson, Kirkland & Ellis LLP; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Robert G. Krupka
      Kirkland & Ellis LLP
      777 South Figueroa Street
      Los Angeles, California  90017

      /s/Theodore R. Remaklus
      Theodore R. Remaklus (0061557)
      tremaklus@whepatent.com
      Trial Attorney
      Kurt L. Grossman (0009697)
      kgrossman@whepatent.com
      Brett A. Schatz (0072038)
      bschatz@whepatent.com
      WOOD, HERRON & EVANS, L.L.P.
      2700 Carew Tower
      441 Vine Street
      Cincinnati, Ohio 45202
      Telephone:    (513) 241-2324
      Facsimile:    (513) 421-7269

      Counsel for Plaintiff
      Jack Guttman, Inc.