IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JACK GUTTMAN, INC., | : | |
| Plaintiffs, | : | Case No. 1:01CV800 |
| -vs- | : | District Judge Susan J. Dlott |
| | | Magistrate Judge Sharon L. Ovington |
| KOPYKAKE ENTERPRISES, INC. | : | |
| Defendant. | : | |

**ORDER**

Pursuant to agreement of the parties, a mediation session for this case was held on Friday, January 23, 2004. The parties did not reach an agreement to settle this case.

March 16, 2004

s/Sharon L. Ovington
Sharon L. Ovington
United States Magistrate Judge