IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JACK GUTTMAN, INC.,

    vs.

KOPYKAKE ENTERPRISES, INC.,

Case Number: 1:01cv800-SJD

District Judge Susan J. Dlott

NOTICE

The SCHEDULING CONFERENCE previously scheduled for MAY 3, 2004 is hereby VACATED.

JAMES BONINI, CLERK

___s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633