IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JACK GUTTMAN, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  C-1-01-800 |
| | ) | Judge:  Susan J. Dlott |
| v. | ) | |
| | ) | |
| KOPYKAKE ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark J. Wasserman, of counsel to the firm of Mezibov & Jenkins LLP, is hereby entering his appearance as attorney of record on behalf of Plaintiff Jack Guttman, Inc. in addition to Theodore R. Remaklus, Kurt L. Grossman and Brett A. Schatz of the firm of Wood, Herron & Evans, L.L.P.

                                                  Respectfully submitted,

                                                  JACK GUTTMAN, INC.

Dated: May 11, 2004

                                                  /s/Theodore R. Remaklus
                                                  Theodore R. Remaklus (0061557)
                                                  tremaklus@whepatent.com
                                                  Trial Attorney
                                                  Kurt L. Grossman (0009697)
                                                  kgrossman@whepatent.com
                                                  Brett A. Schatz (0072038)
                                                  bschatz@whepatent.com
                                                  WOOD, HERRON & EVANS, L.L.P.
                                                  2700 Carew Tower
                                                  441 Vine Street
                                                  Cincinnati, Ohio 45202
                                                  Telephone:    (513) 241-2324
                                                  Facsimile:     (513) 421-7269

2

Mark J. Wasserman (0005569)
mwasserman@mezibovjenkins.com
MEZIBOV & JENKINS LLP
1726 Young Street
Cincinnati, Ohio 45202
Telephone:     (513) 723-1600
Facsimile:      (513) 723-1620

Counsel for Plaintiff
Jack Guttman, Inc.

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 11, 2003 , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd H. Bailey, Greenebaum, Doll & McDonald, and Luke L. Dauchot and Laura G. Burson, Kirkland & Ellis LLP; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Robert G. Krupka
    Kirkland & Ellis LLP
    777 South Figueroa Street
    Los Angeles, California  90017

          /s/Theodore R. Remaklus
          Theodore R. Remaklus (0061557)
          tremaklus@whepatent.com
          Trial Attorney
          Kurt L. Grossman (0009697)
          kgrossman@whepatent.com
          Brett A. Schatz (0072038)
          bschatz@whepatent.com
          WOOD, HERRON & EVANS, L.L.P.
          2700 Carew Tower
          441 Vine Street
          Cincinnati, Ohio 45202
          Telephone: (513) 241-2324
          Facsimile: (513) 421-7269

          Mark J. Wasserman (0005569)
          mwasserman@mezibovjenkins.com
          MEZIBOV & JENKINS LLP
          1726 Young Street
          Cincinnati, Ohio 45202
          Telephone: (513) 723-1600
          Facsimile: (513) 723-1620

          Counsel for Plaintiff
          Jack Guttman, Inc.