IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JACK GUTTMAN, INC.,

    Plaintiff(s)

vs.                                              Case Number: 1:01cv800
                                                    Dlott, J; Black, M.J.

KOPYKAKE ENTERPRISES, INC.,

    Defendant(s)

**ORDER SETTING SETTLEMENT CONFERENCE**

The above-captioned action is hereby set for settlement conference **on Tuesday, June 15, 2004, commencing at 10:30 a.m.,** at the Potter Stuart U.S. Courthouse, 100 E. 5th Street, Room 716, Cincinnati, Ohio.  With the parties' previously expressed consent, the undersigned U.S. Magistrate Judge will serve as the facilitator of the settlement conference.

Not later than **Friday, June 11, 2004,** each party shall submit to the Magistrate Judge only, and without formal filing with the Clerk, a confidential letter of two pages or less updating counsel's March 2004 confidential settlement letter to Judge Dlott.  These letters will be maintained by the Court separate and apart from the case file.

Throughout the entirety of this June 15, 2004 settlement conference, party representatives with complete authority to negotiate a settlement of the case shall be present or shall be available immediately by telephone.

Pursuant to S. D. Ohio Civ. R. 16.3(c), all statements made by the parties relating

to the substance or merits of claims or defenses made in the case, whether written or oral, made for the first time during the settlement conference or in the settlement conference statements required above shall be kept confidential by the Court, the parties, and counsel and shall not be admissible in evidence for any reason during the trial of this case.

**IT IS SO ORDERED.**

**Date: June 4, 2004**                                             s/ Timothy S. Black
                                                                              Timothy S. Black
                                                                              United States Magistrate Judge