United States District Court
Southern District of Ohio
Western Division

Jack Guttman, Inc.,
    Plaintiff                                              No.  C-1-01-800

vs.                                                     Dlott, J.; Black, M.J.

Kopykake Enterprises, Inc.,
    Defendant                                         **ORDER**

      The Court having vacated the settlement conference of 6/15/04 at the parties' request, and a status conference by telephone having been held on 6/18/04, this case is hereby set for status conference by telephone on 6/30/04 at 9:00 a.m.  (whereupon counsel shall telephone the Court at 513-564-7640 to participate).

Date: 6/18/04                                s/Timothy S. Black
                                               Timothy S. Black
                                               United States Magistrate Judge